UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60069-M-Smith/Valle

18 U.S.C. § 1163

UNITED STATES OF AMERICA

vs.

HANNA LEIGH FARMER

and

AMANDA LEE LANGENDORF,

        Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Embezzlement and Theft from Indian Tribal Organizations
### (18 U.S.C. § 1163)

Beginning on or about June 8, 2021, and continuing until on or about July 21, 2021, in Broward County, in the Southern District of Florida, the defendants,

**HANNA LEIGH FARMER and
AMANDA LEE LANGENDORF,**

did knowingly embezzle, steal, and convert to their use and the use of another and willfully misapply and permit to be misapplied, any of the moneys, funds, credits, goods, assets, and other property belonging to an Indian tribal organization, that is, Player's Club points belonging to the Seminole Tribe of Florida, the value of which exceeded $1,000, in violation of Title 18, United States Code, Sections 1163 and 2.

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
MARC S. ANTON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 22-60069-CR-Smith/Valle

v.

HANNA LEIGH FARMER
AMANDA LEE LANGENDORF

**CERTIFICATE OF TRIAL ATTORNEY\***

Superseding Case Information:

_____ Defendants/

**Court Division:** (Select One)

☐ Miami   ☐ Key West   ☑ FTL
☐ WPB     ☐ FTP

New defendant(s)   ☐ Yes   ☐ No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days        ☑
   II   6 to 10 days       ☐
   III  11 to 20 days      ☐
   IV   21 to 60 days      ☐
   V    61 days and over   ☐

   (Check only one)
   Petty         ☐
   Minor         ☐
   Misdemeanor   ☐
   Felony        ☑

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
MARC S. ANTON
Assistant United States Attorney
FLA Bar No.   0148369

\*Penalty Sheet(s) attached                                                                REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** HANNA LEIGH FARMER

**Case No:** 22-60069-CR-Smith/Valle

Count #: 1

Embezzlement and Theft from Indian Tribal Organizations

In violation of Title 18, United States Code, Section 1163

\* **Max. Penalty:** Five (5) years' imprisonment; $250,000 fine; and three (3) years' supervised release.

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: AMANDA LEE LANGENDORF

Case No: 22-60069-CR-Smith/Valle

Count #: 1

Embezzlement and Theft from Indian Tribal Organizations

In violation of Title 18, United States Code, Section 1163

* **Max. Penalty:** Five (5) years' imprisonment; $250,000 fine; and three (3) years' supervised release.

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.